# UNITED STATES DISTRICT COURT

## For The SOUTHERN DISTRICT of TEXAS

| | | |
|---|---|---|
| **ANASTACIO R. BARRERA** | () | CIVIL ACTION No. 5:25-CV-202 |
| **PLAINTIFF** | () | LAWSUIT FOR "INTENTIONAL INFLICTION |
| VS, | () | OF EMOTIONAL DISTRESS. (IIED) AND PUBLIC |
| **U.S. DEPARTMENT OF VETERANS AFFAIRS** | () | HUMILIATION." |
| **VA TEXAS VALLEY COASTAL BEND SYSTEM** | () | |
| **LAREDO OUTPATIENT CLINIC:** | () | |
| **4602 N. BARTLETT AVE. LAREDO, TX** | () | |

**WE DEMAND AND ORDER FOR AN "AMERICAN COMMON LAW JURY COURT TRIAL OF OUR PEERS." WE DEMAND THAT THE UNITED STATES CONSTITUTION AND OUR TEN BILL OF RIGHTS TO BE THE FUNDAMENTAL LAW OF THIS COURT.** *"WE DO NOT WANT ANY MAGISTRATE JUDGE TO PARTICIPATE IN ANY COURT PROCEEDINGS."*

**BEFORE ME,** the undersigned, a Notary Public in and for said Webb County, State of Texas, on this day personally appeared, ANASTACIO R. BARRERA, to me well known, and who, after being by me duly sworn, deposes and says that,

That on July 23, 2025, I had two appointments at the Laredo Outpatient Clinic, one at 8:00 AM and at 9:00 AM. At 8:25 I finish my 8:00 appointment and I proceeded to get me a cup of coffee at the VA lounge and talk to fellow Veterans about our War Experience. I had just passed the Water fountain when Joe Garza, a VA Associate who serves coffee and some food to Veterans began to yell to me not to come to the lounge and get any coffee, I was over fifty feet from where Joe Garza was seating. The Waiting Room and The Lounge were full of Veterans and Staff; there were more than forty to fifty people. I really could not believe what Joe Garza was yelling at me, so as I continue to get me a cup of coffee. I continue hearing Joe Garza yelling to me that I was not good enough to come and drink coffee with my fellow Veterans.

As I entered The VA Lounge Joe Garza began yelling to the Security guard to get me out of the Lounge that he did not want me inside the VA Lounge. The Security Guard began yelling to me leave the lounge and go some where else. I told the Security Guard that I was not leaving because I was going to sit in a chair at this table and drink a bottle of water. The Security Guard then told me I could stay but for me not to get any coffee or food from Joe Garza food for Veterans. At about 8:45 when Joe Garza and I were alone I asked Joe Garza to tell me what I had done to him. Joe Garza told me he was not going to tell me anything.

*IN EXHIBET --A—10/23: YOU CAN SEE IN MORE DETAILS WHAT CONTINUED TO HAPPEN AFTER THIS. I EVEN OFFER TO NOT FILE A LAWSUT AND TO SETTLE THIS OUT OF A COURT TRIAL. I INFORMED THEM THAT I WAS WILLING TO FORGET MY PUBLIC HUMILIATION IF YOU REMOVE JOE GARZA FROM BEEN AN ASSOCIATE WORKER AT THIS LAREDO VA CLINIC <u>FOREVER.</u>*

The VA Texas Valley Coastal Bend Health Care System and The Laredo Outpatient Clinic, decided that they would give Joe Garzq some classes on how to treat Veterans and he would continue to be an Associate Worker at the Laredo Outpatient Clinic.

<u>*FOR THIS REASON, I AM FILING THIS LAWSUIT. In my Opinion Joe Garza, is Dishonest for personal gain through illegal acts. I honestly believe that another Veteran gave Joe Garza a Bribe to run me out of the Veterans coffee lounge. For I have never done anything to Joe Garza, because he is the brother of Artemio Garza who was going to Vietnam with me. But because of the Pueblo being attacked by North Korea he was sent to Korea. Because of this Artemio Garza and I have been very close friends. For many years Ricardo Lopez a Vietnam Combat Soldier and I would go to Whataburger on Guadalupe Street and drink coffee with the Father of Joe Garza, who was a very good*</u> *STORYTELLER. HE WOULD INTERTAIN MANY OF OUR COFFE GROUP WITH HIS STORIES.* This we continue to do until his Death.

IN THIS MY LAWSUIT I AM ASKING FOR FIFTY THOUSAND DOLLARS FOR THE ACTIONS OF JOE GARZA AND THE VETERAN ADMINISTRATION WHO CONTINUES TO PROTECT A VERY VENAL PERSON WHO REFUSE TO SAY WHY HE ACTED IN THE MANNER HE DID ON July 23, 2025. *INSTEAD OF PROTECTING A VERY PEACEFUL AND LAW-ABIDING COMBAT VETERAN THAT ON NOVEMBER 16,1968 PREVENTED A UNITED STATES ARMY DEFEAT IN WHICH HE KILLED 70 PLUS NVA SOLDIERS IN HAND-TO-HAND COMBAT. "THIS LAWSUIT IS BECAUSE THE VA PROTECTS A VERY VENAL PERSON WHO ACTS DISHONESTLY TOWARD VETERANS HE IS SUPPOSED TO SERVE." THE VA NEVER ASKED FOR ANY OPINION OF THE PERSON JOE GARZA PUBLICALLY HUMILIATED IN FRONT OF OVER FIFTY PEROPLE, EVEN THOUGH I HAD WRITTEN TO THEM OF HOW I FELT IN MY MENTAL SUFFERING.*

IN THIS LAWSUIT I AM ASKING FOR SIXTY THOUSAND DOLLARS FOR MENTAL STRESS AND SUFFERING DUE TO THE PUBLIC HUMILIATION THAT JOE GARZA DID OUT OF MALICE TO TARNISH MY REPUTATION AS A VETERAN WORTHY OF SITTING IN THE VETERAN LOUGE AND DRINKING COFFEE WITH OTHER VETERANS. "IN MY OPINION JOE GARZA DID THIS OUT OF MALICE, BECAUSE HE RECEIVED A BRIBE TO RUN ME OUT OF THE VA LOUNGE."

*WE PRAY, THAT THE UNITED STATES CONSTITUTION BE RESTORED AS "THE SUPREME LAW OF THE LAND." THAT IN ALL UNITED STATES FEDERAL COURTS, THE AMERICAN COMMON LAW JURISDICTION BE RESTORED IN ALL TRIALS THAT INVOLVES PROPERTY AND MONEY, AS STATED IN THE UNITED STATES CONSTITUTION AND BY OUR FOUNDING FATHERS THAT FOUGHT FOR "THE RIGHTS OF MEN." THAT OUR TEN BILL OF RIGHTS BE RESPECTED AS <u>"FUNDAMENTAL LAW."</u>*

*[signature]*

ANASTACIO R. BARRERA      PLAINTIFF      (956) 949-6834

2618 GREEN STREET; LAREDO, WEBB COUNTY, TEXAS  . 78043

SUBSCRIBED AND SWORN TO BEFORE ME, THIS 27th DAY OF October _____ 2025.

(I.S.)  ANGELICA MELISSA GARZA
My Notary ID # 129180848
Expires October 26, 2028

*Angelica Melissa Garza*
NOTARY PUBLIC in and for WEBB COUNTY, TEXAS

*I PRAY THAT OUR MOTIONS BE GRANTED AND THAT JUSTICE WILL PREVAIL.*

**SIGNED ON THIS 27 DAYS OF OCTOBER 2025**

ANASTACIO R. BARRERA;   PLAINTIFF

2618 GREEN STREET, LAREDO, TEXAS; 78043

(956) 949-6834